SIDNEY WATTS, Respondent, *v.* HENRY L. FISH, Appellant.

*W. Gilbert* for the respondent.

Affirmed by default, with costs.

---

JOHN WILKESON, Appellant, *v.* THOMPSON J. S. FLINT, impleaded, etc., Respondent.

(Argued May 17, 1872 ; decided September term, 1872.)

DECIDED upon the facts in the case

*E. C. Sprague* for the appellant.

*John Ganson* for the respondent.

EARL, C., reads for affirmance.

All concur.

Order of General Term affirmed and judgment absolute against plaintiff.